**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MARIO CESAR<br>MARTINEZ CASTRILLON, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:26-cv-02427-BCL-atc |
| | ) | |
| BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER DIRECTING SERVICE AND RESPONSE**

Petitioner, Mario Cesar Martinez Castrillon, is a non-citizen from Peru currently detained at the West Tennessee Detention Center. Doc. 1 at 1-2. On April 16, 2026, Petitioner filed for a Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking release on his own recognizance. *Id*.

Petitioner is **ORDERED** to immediately serve his Section 2241 petition to Stuart J. Canale, Assistant United States Attorney for the Western District of Tennessee at stuart.canale@usdoj.gov and file a Notice stating when he has done so. Electronic service on the United States Attorney for the Western District of Tennessee is not a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard given the potentially expedited nature of these proceedings.

Respondent is **ORDERED** to file a response to the Petition within three (3) days of Petitioner's filing of a Notice of Service. Petitioner may file a reply within three (3) days of service of the response.

IT IS SO **ORDERED**, this 17th day of April, 2026.

_s/Brian C. Lea_

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE